STATE OF CONNECTICUT *v.* LEONARD JACKSON

The defendant's petition for certification for appeal from the Appellate Court, 49 Conn. App. 901 (AC 16598), is denied.

*Laila M. Ghabrial,* special public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided September 15, 1998

HELENA FITZGERALD *v.* JAMES T. FLAHERTY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 901 (AC 16691), is denied.

*Jacek I. Smigelski,* in support of the petition.

*Jeffrey L. Ment,* in opposition.

Decided September 15, 1998

IRVING LASSITER *v.* JAMES MARSHALL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 49 Conn. App. 105 (AC 16740), is denied.

*Max F. Brunswick,* in support of the petition.

Decided September 15, 1998